PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
ANTONIO J. PATACA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00021-DAD-BAM |
| Plaintiff, | STIPULATION REGARDING DISCOVERY; FINDINGS AND PROTECTIVE ORDER |
| v. | |
| JONATHAN GALLEGOS, ANDRES PEREZ, JESUS ANGULO | |
| Defendants. | |

**STIPULATION**

1.      The discovery in the above-mentioned case includes thousands of pages of police reports and search warrant affidavits that contain Personal Identifying Information of the defendants, other targets of the investigation, and non-targets of the investigation

2.      The government will make best efforts to redact from the discovery personal identifying information of parties, such as social security numbers, driver's license numbers, etc.

3.      The parties and defense counsel, including but not limited to defense counsel's staff, investigators, and outside assistants, shall not disclose to the defendant or any third party who is not a member of defense counsel's staff or hired as defense investigators or outside assistants, discovery in

this case, which includes but is not limited to documents, tape-recordings, and other items released by the government, unless such items have been independently reviewed for Personal Identifying Information and redacted by defense counsel prior to disclosure.

4.      Rule 16(d)(1) of the Federal Rules of Criminal Procedure provides that the "court may, for good cause, deny, restrict, or defer discovery, or inspection, or grant other appropriate relief."

IT IS SO STIPULATED.

Dated:  January 26, 2022                    PHILLIP A. TALBERT
                                            United States Attorney


                                            /s/ JUSTIN J. GILIO
                                            JUSTIN J. GILIO
                                            Assistant United States Attorney




Dated:  January 26, 2022                    /s/ ANTHONY P. CAPOZZI
                                            ANTHONY P. CAPOZZI
                                            Counsel for Defendant
                                            Jonathan Gallegos


Dated:  January 26, 2022                    /s/ ROBERT C. LAMAUNUZZI
                                            ROBERT C. LAMAUNUZZI
                                            Counsel for Defendant
                                            Andres Perez


Dated:  January 26, 2022                    /s/ DOUGLAS C. FOSTER
                                            DOUGLAS C. FOSTER
                                            Counsel for Defendant
                                            Jesus Angulo

STIPULATION AND PROPOSED DISCOVERY                2
PROTECTIVE ORDER

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated:   **January 27, 2022**                    /s/ Barbara A. McAuliffe

UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED DISCOVERY
PROTECTIVE ORDER

3