PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JONATHAN GALLEGOS,<br><br>　　　　　　　Defendant. | CASE NO. 1:22-CR-00021-ADA-BAM-1<br><br>STIPULATION TO CONTINUE SENTENCING HEARING;  ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorney Antonio Jose Pataca, counsel for plaintiff, and Tony Capozzi, counsel for defendant Jonathan Gallegos, that the Court may continue the sentencing hearing currently scheduled for January 17, 2023, to March 13, 2023, at 8:30 a.m.

1.　　　　　This continuance is requested to permit defense counsel and the United States Probation Officer additional time to conduct a presentence investigation. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

　IT IS SO STIPULATED.

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated: December 2, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: December 2, 2022

/s/ TONY CAPOZZI
TONY CAPOZZI
Counsel for Defendant
JONATHAN GALLEGOS

**ORDER**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for January 17, 2023, at 8:30 a.m. be continued to March 13, 2023.

IT IS SO ORDERED.

Dated:   December 2, 2022

_____
UNITED STATES DISTRICT JUDGE