1 | ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:    (559) 221-0200
Facsimile:     (559) 221-7997
E-Mail:          Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
JONATHAN GALLEGOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| UNITED STATES OF AMERICA. | ) | CASE NO.:  1:22-CR-00021 ADA BAM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| JONATHAN GALLEGOS | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorney Antonio Jose Pataca, counsel for plaintiff, and Anthony P. Capozzi, counsel for defendant Jonathan Gallegos, that the Court may continue the sentencing hearing currently scheduled for March 13, 2023, to April 10, 2023, at 8:30 am.

1. This continuance is requested to permit defense counsel additional time to review the Presentence Report with the defendant.   The government is in agreement with this request and the requested date is a mutually agreeable date for both parties.  As this is a sentencing hearing, no exclusion of time is necessary.

IT IS SO STIPULATED.

DATED: February 10, 2023,   BY:   */s/ Anthony P. Capozzi*_____
ANTHONY P. CAPOZZI, Attorney for

PHILLIP A. TALBERT
United States Attorney

DATED: February 10, 2023,   BY:   */s/ Antonio J. Pataca*_____
ANTONIO J. PATACA
Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that the sentencing hearing scheduled for March 13, 2023, be continued to April 10, 2023, at 8:30 am.

IT IS SO ORDERED.

Dated:   February 10, 2023   _____
UNITED STATES DISTRICT JUDGE