UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>JONATHAN GALLEGOS,<br><br>Movant. | Case No. 1:22-cr-0021-KJM-JDP (P)<br><br>ORDER |

Jonathan Gallegos ("petitioner") has filed a § 2255 motion seeking, in part, to modify the terms of his sentence and, in other part, to enforce the terms of his plea agreement. ECF No. 147. I will dismiss the motion with leave to amend because it is insufficient to state any cognizable claim. "If it plainly appears from the face of the motion and any annexed exhibits and the prior proceedings in the case that the movant is not entitled to relief in the district court, the judge shall make an order for its summary dismissal." 28 U.S.C. § 2255 Proc. R. 4(b). The motion is only a single handwritten page and contains no contextual detail or legal argument. Petitioner argues that his consecutive sentences should run concurrently because he "did not commit violence to any person." ECF No. 147. This is not a legal argument, and there is no factual context that would justify relief. Petitioner also argues that he is entitled to time served for the period he spent

in county jail but has not received it. *Id.* He does not state how much time he is owed and does not offer any evidence that the time has not been credited to his sentence. Based on these deficiencies, I find that the motion should be dismissed with leave to amend. *See United States v. Davis*, No. 2: 08-cr-0474 WBS KJN P, 2019 U.S. Dist. LEXIS 54598, *3 (E.D. Cal. Mar. 29, 2019) ("The grounds of movant's § 2255 motion are not clear. For this reason, the motion is dismissed with leave to amend.").

Accordingly, it is ORDERED that:

1. Petitioner's section 2255 motion, ECF No. 147, is DISMISSED with leave to amend.

2. Within thirty days from service of this order, petitioner shall file either (1) an amended motion or (2) notice of his intent to discontinue pursuit of his section 2255 claims.

IT IS SO ORDERED.

Dated:   July 30, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2