UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>JONATHAN GALLEGOS,<br><br>Movant. | Case No. 1:22-cr-0021-KJM-JDP (P)<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 11, 2025, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  No party has filed objections to the findings and recommendations.

Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 11, 2025, are adopted in full;

/////

2. Movant's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 is denied;

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4. The Clerk of Court is directed to close the companion civil case, Case No. 1:24-cv-1603-KJM-JDP, and to enter judgment.

DATED: October 8, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE